**Electronically Filed**
**Supreme Court**
**SCWC-29688**
**08-MAY-2013**
**02:03 PM**

SCWC-29688

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

HENRY POMROY, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29688; Report No. C06030300 (3P207-738))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/Defendant-Appellant Henry Pomroy's

Application for Writ of Certiorari, filed on March 27, 2013, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawai'i, May 8, 2013.

Steven D. Strauss                /s/ Mark E. Recktenwald
for petitioner

                                 /s/ Paula A. Nakayama

                                 /s/ Simeon R. Acoba, Jr.

                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

